**Order entered July 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00195-CR

**VINCENT BERNARD JENKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-53064-V**

## ORDER

The reporter's record and the original plea agreement in this case reflect appellant pleaded true to two enhancement paragraphs. On June 3, 2014, this Court ordered the Dallas County District Clerk to file a supplemental record that contained the State's notice to enhance the punishment range. The District Clerk filed a supplemental record that contained the plea agreement to the probation revocation, but not the notice of intent to enhance punishment.

We **ORDER** the trial court to make findings of fact regarding whether the record can be supplemented with the State's notice to seek enhancement on punishment. We **ORDER** the trial court to transmit a supplemental record containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY (30) DAYS** from the date of this order.

The appeal is **ABATED** to allow the trial court to comply with this order. It shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/     LANA MYERS
           JUSTICE